# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **JIMMY ADAMS, #463201,** <br> **Plaintiff** | **CIVIL DOCKET NO. 1:21-CV-00246-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **GLEN SERS, ET AL,** <br> **Defendants** | **MAGISTRATE JUDGE JOSEPH H.L.** <br> **PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 8], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's civil rights Complaint under 42 U.S.C. § 1983 [ECF No. 1] is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), for failure to state a claim upon which relief can be granted.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED in Chambers on this 17th day of May 2021.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE